

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00281-CV

Debbie **ABLES**,
Appellant

v.

Amber **HILL** DBA Amber Hill,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025CV02335
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: September 17, 2025

DISMISSED FOR WANT OF PROSECUTION

On July 22, 2025, we ordered appellant's amended brief stricken. We further ordered appellant to file a second amended brief that complies with Rules 9.4, 9.5, and 38.1 of the Texas Rules of Appellate Procedure on or before August 1, 2025. *See* TEX. R. APP. 9.4(k); TEX. R. APP. 38.9(a). Thereafter, appellant filed a motion for an extension of time seeking a thirty-day extension to file the second amended brief. We granted in part the motion and ordered appellant to file the second amended brief no later than August 22, 2025. Neither the brief nor a motion for extension

of time was filed. We again ordered appellant to file, by September 5, 2025, her second amended brief and a written response reasonably explaining her failure to timely file the brief. We admonished appellant if she failed to file the second amended brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. 38.8(a). Appellant has not filed the second amended brief or the written response ordered by the court.

Accordingly, this appeal is dismissed.

PER CURIAM